IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONDERLAND SWITZERLAND AG,<br><br>Plaintiff,<br>v.<br>EVENFLO COMPANY, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-00727-JPM |

**<u>VERDICT FORM</u>**

In answering these questions, you are to follow all of the instructions that I have given you in the Court's charge. As used herein, "Wonderland" means Plaintiff Wonderland Switzerland AG. As used herein, "Evenflo" means Defendant Evenflo Company, Inc.

**PART I: INFRINGEMENT**

*For these questions, answer by checking "Yes" or "No" for each claim of each patent.*

    A.    **Direct Infringement**

<u>EveryKid and EveryFit Car Seats</u>

1. Did Wonderland prove by a preponderance of the evidence that Evenflo's EveryFit 4-in-1 Car Seat and EveryKid 4-in-1 Car Seat literally infringe claim 1 of the '043 patent or any of the asserted claims of the '951 patent?

    *YES is a finding in favor of Wonderland; NO is a finding in favor of Evenflo.*

    **'043 Patent Claim**
        Claim 1: Yes _____    No __✓__

    **'951 Patent Claims**
        Claim 1: Yes __✓__    No _____
        Claim 4: Yes _____    No __✓__
        Claim 5: Yes __✓__    No _____
        Claim 6: Yes _____    No __✓__

2. Did Wonderland prove by a preponderance of the evidence that Evenflo's EveryFit 4-in-1 Car Seat and EveryKid 4-in-1 Car Seat infringe claim 1 of the '043 patent or any of the asserted claims of the '951 patent under the doctrine of equivalents?

    *YES is a finding in favor of Wonderland; NO is a finding in favor of Evenflo.*

    **'043 Patent Claim**
        Claim 1: Yes __✓__    No _____

    **'951 Patent Claims**
        Claim 1: Yes __✓__    No _____
        Claim 4: Yes _____    No __✓__
        Claim 5: Yes __✓__    No _____
        Claim 6: Yes _____    No __✓__

*SafeMax, Evolve, Transitions Car Seats*

3. Did Wonderland prove by a preponderance of the evidence that SafeMax 3-in-1 Car Seat, Evolve 3-in-1 Car Seat, and Transitions 3-in-1 Car Seat literally infringe claim 1 of the '043 Patent or any of the asserted claims of the '951 Patent?

   *YES is a finding in favor of Wonderland; NO is a finding in favor of Evenflo.*

   **'043 Patent Claim**
   Claim 1: Yes _____    No __✓__

   **'951 Patent Claims**
   Claim 1: Yes __✓__    No _____
   Claim 4: Yes _____    No __✓__

4. Did Wonderland prove by a preponderance of the evidence that SafeMax 3-in-1 Car Seat, Evolve 3-in-1 Car Seat, and Transitions 3-in-1 Car Seat infringe claim 1 of the '043 Patent or any of the asserted claims of the '951 Patent under the doctrine of equivalents?

   *YES is a finding in favor of Wonderland; NO is a finding in favor of Evenflo.*

   **'043 Patent Claim**
   Claim 1: Yes __✓__    No _____

   **'951 Patent Claims**
   Claim 1: Yes __✓__    No _____
   Claim 4: Yes _____    No __✓__

B. **Willful Infringement**

*If you found in response to any of Questions 1–4 above that Evenflo has infringed claim 1 of the '043 Patent, then please answer the following question. Otherwise, do not answer Question 5.*

5. Did Wonderland prove by a preponderance of the evidence that Evenflo's infringement of the '043 patent was willful?

   *YES is a finding in favor of Wonderland; NO is a finding in favor of Evenflo.*

   '043 Patent: Yes _____    No __✓__

**PART II: DAMAGES**

*Only answer the following questions if you answered "yes" to any part of Questions 1–4; that is, if you found that Evenflo infringed one or more of the asserted claims. Otherwise, do not answer.*

6. What do you find is the amount of damages that should be paid to Wonderland for each Asserted Patent, to compensate for damages caused by Evenflo's infringement?

    '043 Patent: __$4.00/UNIT__

    '951 Patent: __$0.50/UNIT__

7. Are the above amounts based upon a running reasonable royalty rate?

    Yes __✓__  No _____

8. If your answer to Question 7 was "yes" what do you find is the reasonable royalty rate per unit that should be paid to Wonderland for each Asserted Patent?

    '043 Patent: __$4.00/UNIT__

    '951 Patent: __$0.50/UNIT__

## UNANIMOUS VERDICT

UPON REACHING A UNANIMOUS VERDICT ON EACH QUESTION ABOVE, EACH JUROR MUST SIGN BELOW.

We, the jury, unanimously agree to the answers to the above questions and return them under the instructions of this Court as our verdict in this case.

This __13__ day of January, 2023.



Foreperson

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Juror