# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONDERLAND SWITZERLAND AG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EVENFLO COMPANY, INC., ) <br> ) <br> Defendant. ) | Case No. 1:20-cv-00727-JPM |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for a trial by jury, the issues having been tried and the jury duly rendered its verdict on January 13, 2023 (ECF No. 207),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdict for Wonderland Switzerland AG:

Claim 1 of U.S. Patent No. 7,625,043 is found to be **INFRINGED** by Evenflo Company, Inc.

Claim 1 and 5 of U.S. Patent 8,141,951 are found to be **INFRINGED** by Evenflo Company, Inc.

Claim 4 and 6 of U.S. Patent 8,141,951 are found to be **NOT INFRINGED** by Evenflo Company, Inc.

A Judgment is entered against Evenflo Company, Inc. in the amount of $2,933,743.50 for damages caused by Evenflo Company, Inc.'s infringement.

**APPROVED:**

  s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

  January 18, 2023
Date