IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WONDERLAND SWITZERLAND AG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-727 (JPM) |
| | ) | |
| EVENFLO COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**EVENFLO'S RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW**

Pursuant to Federal Rule of Civil Procedure 50(a) and for completeness of the record, Evenflo Company, Inc. ("Evenflo") moves under Rule 50(a) for judgment as a matter of law, as set forth on the record at the close of Plaintiff's case-in-chief and renewed at the close of all evidence.[1] While the Court denied the motions,[2] Evenflo memorializes its motion for judgment as a matter of law that (1) Evenflo has not infringed any of the asserted claims of U.S. Patent Nos. 7,625,043 or 8,141,951, either literally or under the doctrine of equivalents, either directly or indirectly;[3] (2) Evenflo has not willfully infringed the '043 patent; and (3) Wonderland Switzerland Ag ("Wonderland") has not presented sufficient evidence to be entitled to a reasonable royalty.[4]

---

[1] *See* 1/11/23 (Transcript Of The Rule 50 Motion), 4:8-7:9, 14:8-15:5, 17:9-19:8; 1/12/23 Trial Transcript, 1521:16–1538:5 (Evenflo's Renewed Rule 50(a) oral motion); 1565 (authorizing filing of written Rule 50(a) motion within 10 days).

[2] *See* 1/11/23 Rule 50 Motion Trial Transcript, 16:17–17:5; 1/12/23 Trial Transcript, 1542:20–1543:4.

[3] Subsequent to Evenflo's oral Rule 50(a) motion, Wonderland withdrew its claims of indirect infringement. *See* 1/12/23 Trial Transcript, 1511:3–9.

[4] Evenflo's Rule 50(a) motion is without prejudice to Evenflo presenting further evidence and argument following the verdict under Rule 50(b) or as provided by the Pretrial Order with respect to any request(s) for equitable or other relief, which request(s) should be denied.

Evenflo is simultaneously filing an opening brief in support of its motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

Lauren Douville
B. Trent Webb
Aaron E. Hankel
Maxwell C. McGraw
Emily R. Sosolik
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-0348

Sharon A. Israel
Anita Liu
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-8008

January 23, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 23, 2023, upon the following in the manner indicated:

Karen E. Keller, Esquire *VIA ELECTRONIC MAIL*
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Plaintiff*

Shamita D. Etienne-Cummings, Esquire *VIA ELECTRONIC MAIL*
David M. Tennant, Esquire
Noah A. Brumfield, Esquire
Megan Ines, Esquire
Jacob Rothenberg, Esquire
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, DC 20005
*Attorneys for Plaintiff*

Bijal V. Vakil, Esquire *VIA ELECTRONIC MAIL*
Eric E. Lancaster, Esquire
ALLEN & OVERY LLP
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301
*Attorneys for Plaintiff*

James N. Reed, Esquire *VIA ELECTRONIC MAIL*
Michelle Wang, Esquire
Majesty Jala, Esquire
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
*Attorneys for Plaintiff*

Katherine Kieckhafer, Esquire
ALLEN & OVERY LLP
One Beacon Street
Boston, MA 02108
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)