IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WONDERLAND SWITZERLAND AG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-727-JPM |
| | ) | |
| EVENFLO COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>WONDERLAND'S POST-TRIAL MOTION FOR PROSPECTIVE RELIEF</u>**

Pursuant to 35 U.S.C. § 283 and the Court's Order regarding post-trial briefing (D.I. 218), and based on the Court's January 18, 2023 Judgment (D.I. 210) finding, in accordance with the jury verdict, that Defendant Evenflo Company, Inc. ("Evenflo") has infringed claim 1 of U.S. Patent No. 7,625,043 and claims 1 and 5 of U.S. Patent No. 8,141,951, Plaintiff Wonderland Switzerland AG ("Wonderland") hereby respectfully moves the Court to enter a permanent injunction enjoining Evenflo from its continued infringement.  In the alternative, Wonderland respectfully moves the Court to order Evenflo to pay an enhanced ongoing royalty to Wonderland for Evenflo's infringing activities from the date of Judgment forward.

The grounds for this motion are set forth in Wonderland's accompanying brief and the supporting exhibits and declarations submitted herewith.  A proposed form of Order is attached for the Court's consideration.

1

OF COUNSEL:
Noah A. Brumfield
David M. Tennant
Shamita D. Etienne-Cummings
Jacob Rothenberg
Megan Ines
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, DC 20005
(202) 683-3800

Bijal V. Vakil
Eric E. Lancaster
ALLEN & OVERY LLP
550 High Street, Second Floor
Palo Alto, CA 94301
(650) 388-1650

Majesty Jala
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300

Katherine Kieckhafer
ALLEN & OVERY LLP
One Beacon Street
Boston, MA 02108
(857) 353-4500

Dated: February 15, 2023

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiff*