IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONDERLAND SWITZERLAND AG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-727-JPM |
| ) | |
| EVENFLO COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER REGARDING
PLAINTIFF'S POST-TRIAL MOTION FOR PROSPECTIVE RELIEF**

WHEREAS, this action came before the Court for a trial by jury, and the jury duly rendered its verdict on January 13, 2023 (D.I. 207);

WHEREAS, the jury found that Defendant Evenflo Company, Inc. ("Evenflo"), by making, using, offering to sell, and selling its EveryFit, EveryKid, SafeMax, Evolve, and Transitions car seats (collectively, the "Infringing Products"), has infringed certain claims of U.S. Patent Nos. 7,625,043 and 8,141,951 (collectively, the "Asserted Patents");

WHEREAS, on January 18, 2023, Court entered Judgment (D.I. 210) in accordance with the jury's verdict, finding in favor of Plaintiff Wonderland Switzerland AG ("Wonderland") that Evenflo has infringed claim 1 of U.S. Patent No. 7,625,043 and claims 1 and 5 of U.S. Patent No. 8,141,951 (collectively, the "Adjudged Claims");

WHEREAS, Wonderland has moved pursuant to 35 U.S.C. § 283 for entry of a permanent injunction against Evenflo's continued infringement of the Adjudged Claims of the Asserted Patents, and the Court has considered all briefing submitted in connection with Wonderland's motion;

1

WHEREAS, the Court finds that Wonderland has suffered and will continue to suffer irreparable harm resulting from Evenflo's infringement of the Adjudged Claims of the Asserted Patents, which harm cannot be fully compensated through monetary damages;

WHEREAS, the Court finds that the balance of hardships weighs in favor of Wonderland and the entry of an injunction; and

WHEREAS, the Court finds that the entry of an injunction will serve the public interest; now, therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** as follows:

1. Evenflo and each of its officers, agents, servants, employees, attorneys, and any other persons who are in active concert or participation with them, are hereby permanently enjoined from infringing the Adjudged Claims, including by making, using, offering to sell, and selling the Infringing Products, and any other products only colorably different therefrom in the context of the Adjudged Claims, in the United States until the respective expiration of each Asserted Patent.

2. The Permanent Injunction entered herein is effective immediately upon execution by the Court and entry on docket of the Court.

3. The Court retains jurisdiction to enforce the Judgment and Permanent Injunction pertaining to this action.

IT IS SO ORDERED this ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE