IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WONDERLAND SWITZERLAND AG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-727 (JPM) |
| | ) | |
| EVENFLO COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**EVENFLO'S MOTION UNDER RULE 50(B) AND/OR 59**
**FOR JUDGMENT AS A MATTER OF LAW OR FOR A NEW TRIAL**

Pursuant to Federal Rule of Civil Procedure 50(b), Evenflo respectfully requests judgment as a matter of law ("JMOL") that (1) Evenflo has not infringed the asserted claims of U.S. Patent Nos. 7,625,043 or 8,141,951; and that (2) Wonderland is not entitled to the damages found by the jury. Alternatively, Evenflo requests a new trial under Rule 59. The grounds for the motion are set forth in Evenflo's opening brief in support filed concurrently herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

Lauren Douville
Aaron E. Hankel
B. Trent Webb
Maxwell C. McGraw
Emily R. Sosolik
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-0348

Sharon A. Israel
Anita Liu
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
(713) 227-8008

February 15, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 15, 2023, upon the following in the manner indicated:

Karen E. Keller, Esquire — *VIA ELECTRONIC MAIL*
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Plaintiff*

Shamita D. Etienne-Cummings, Esquire — *VIA ELECTRONIC MAIL*
David M. Tennant, Esquire
Noah A. Brumfield, Esquire
Megan Ines, Esquire
Jacob Rothenberg, Esquire
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, DC 20005
*Attorneys for Plaintiff*

Bijal V. Vakil, Esquire — *VIA ELECTRONIC MAIL*
Eric E. Lancaster, Esquire
ALLEN & OVERY LLP
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301
*Attorneys for Plaintiff*

James N. Reed, Esquire — *VIA ELECTRONIC MAIL*
Michelle Wang, Esquire
Majesty Jala, Esquire
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
*Attorneys for Plaintiff*

Katherine Kieckhafer, Esquire
ALLEN & OVERY LLP
One Beacon Street
Boston, MA 02108
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)