# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONDERLAND SWITZERLAND AG,<br><br>    Plaintiff,<br><br>v.<br><br>EVENFLO COMPANY, INC.,<br><br>    Defendant. | Case No. 1:20-cv-00727-JPM |

## AMENDED JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for a trial by jury, the issues having been tried and the jury duly rendered its verdict on January 13, 2023 (ECF No. 207),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdict for Wonderland Switzerland AG:

Claim 1 of U.S. Patent No. 7,625,043 is found to be **INFRINGED** by Evenflo Company, Inc.'s EveryFit 4-in-1 Car Seat and EveryKid 4-in-1 Car Seat (the "4-in-1 Products"), and SafeMax 3-in-1 Car Seat, Evolve 3-in-1 Car Seat, and Transitions 3-in-1 Car Seat (the "3-in-1 Products") under the doctrine of equivalents, and is found to be **NOT INFRINGED** literally,

Claims 1 and 5 of U.S. Patent 8,141,951 are found to be **INFRINGED** by Evenflo Company, Inc.'s 4-in-1 Products and 3-in-1 Products both literally and under the doctrine of equivalents,

Claims 4 and 6 of U.S. Patent 8,141,951 are found to be **NOT INFRINGED** by Evenflo Company, Inc.'s 4-in-1 Products and 3-in-1 Products either literally or under the doctrine of equivalents,

Increased damages as authorized under 35 U.S.C. § 284 will not be awarded based on the jury's determination that Evenflo's infringement was not willful,

A Judgment is entered against Evenflo Company, Inc. in the amount of $3,207,864.83, consisting of:

- $2,933,743.50 for damages caused by Evenflo Company, Inc.'s infringement through December 8, 2022 as reflected in the jury's verdict (ECF No. 207),

    calculated by a running reasonable royalty rate of $4.00 per unit for infringement of U.S. Patent No. 7,625,043 and a running reasonable royalty rate of $0.50 per unit for infringement of U.S. Patent 8,141,951,

- Supplemental damages for Evenflo's infringement from December 9, 2022 through the effective date of a permanent injunction or ongoing royalty, with the amount to be determined by the Court at a later time,
- $203,478.34 for pre-judgment interest,
- $70,642.99 for post-judgment interest of $377.77 per day from January 18, 2023 through July 23, 2023 (187 days),

This Judgment shall increase by $403.97 per day for post-judgment interest beginning on July 24, 2023 until such time as Evenflo pays Wonderland the total damages owed,

This Amended Judgment does not reset the dates for calculations of post-judgment and pre-judgment interest,

Motions for attorneys' fees and costs are deferred until fourteen (14) days after the time for appeal has expired or within fourteen days after issuance of a mandate from the appellate court.

**APPROVED:**

   s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

   July 24, 2023
Date