NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WONDERLAND SWITZERLAND AG,**
*Plaintiff-Appellee*

v.

**EVENFLO COMPANY, INC.,**
*Defendant-Appellant*

---

2023-2043

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00727-JPM, Judge Jon P. McCalla.

---

**ON MOTION**

---

Before PROST, MAYER, and CHEN, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Evenflo Company, Inc. moves to stay, pending appeal, the district court's June 7, 2023, injunction. Wonderland Switzerland AG opposes the motion.

Rule 8(a)(2) of the Federal Rules of Appellate Procedure authorizes this court to stay an injunction pending

2   WONDERLAND SWITZERLAND AG v. EVENFLO COMPANY, INC.

appeal. Our determination is governed by four factors: (1) whether the movant has made a strong showing of a likelihood of success on the merits; (2) whether the movant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).

Based on the papers submitted, and without prejudicing the ultimate disposition of this case by a merits panel, we order the injunction stayed only to the extent that it enjoins activities relating to the infringement of asserted claims of U.S. Patent No. 8,141,951.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to stay is granted only to the extent that the district court's June 7, 2023, injunction is stayed as described above pending further notice of this court.

(2) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this appeal.

FOR THE COURT

August 16, 2023  /s/ Jarrett B. Perlow
    Date  Jarrett B. Perlow
  Clerk of Court

cc: United States District Court for the District of Delaware