IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WONDERLAND SWITZERLAND AG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-727-MN |
| | ) | |
| EVENFLO COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT SCHEDULING ORDER**

Pursuant to the Court's Order (D.I. 366), Plaintiff Wonderland Switzerland AG ("Wonderland") and Evenflo Company, Inc. ("Evenflo") (collectively, the "Parties") respectfully submit this Joint (Proposed) Scheduling Order.

**The Parties' Scheduling Proposals:**

| Deadline | Wonderland's Proposal | Evenflo's Proposal |
|---|---|---|
| Deadline for Evenflo to respond to discovery by Wonderland including providing documents relating to '951 redesign products, including but not limited to technical developments documents, schematic/engineering drawings, CAD files, and the identity of persons involved in the alleged redesigned products | Friday, August 14, 2026 | |
| Deadline for Evenflo to produce updated sales and manufacturing data for the alleged redesigned products | Friday, August 14, 2026 | |
| Deadline to Complete Fact Discovery | Friday, September 11, 2026 | |
| Deadline for Opening Expert Reports by the Party with the Burden of Proof | Friday, September 25, 2026 | |
| Deadline for Rebuttal Expert Reports | Friday, October 16, 2026 | |

| | | |
|---|---|---|
| Deadline to Complete Expert Discovery | Friday, October 23, 2026 | |
| ~~Deadline to file Dispositive Motions (including Motions for Summary Judgment) and *Daubert* Motions~~ | ~~Monday, November 9, 2026~~ | ~~n/a~~ |
| ~~Final Conference~~ | ~~Monday, November 23, 2026~~ | |
| Evidentiary Hearing | November 5, 2026 at 10:00 a.m. | |

SHAW KELLER LLP

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
I.M. Pei Building
1105 Norther Market Street, 12th floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (No. 5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorney for Defendant*

July 21, 2026

SO ORDERED this 22nd day of July 2026.

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge